```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVI FROMETA et al.,

                Plaintiffs,

           -against-

TABU LOUNGE INC. et al.,

                Defendant.

20-cv-1660 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs initiated this action by filing a complaint on February 25, 2020 [ECF #1].  They filed an affidavit of service on July 1, 2020 [ECF #5].  To date, however, Defendants have not answered the complaint or otherwise appeared in this action, and Plaintiffs have not moved for a default judgment.

    Accordingly, IT IS HEREBY ORDERED that any motion for a default judgment shall be filed by November 9, 2020.  Plaintiffs are directed to follow the procedures applicable to default judgments in the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.  Failure to move for a default judgment by November 9, 2020 may result in dismissal of this action for failure to prosecute.

**SO ORDERED.**

**Date: October 28, 2020**
       **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**