# Law Office of Victor J. Molina

**930 Grand Concourse, Suite 1A**  Tel. (718) 401-1600
**Bronx, New York 10451**  Fax (718) 401-1611
ADMITTED IN N.Y. & N.J; Fed. Courts  e-mail: v.j.molina@verizon.net

## Benjamin Sharav

Tel. (917) 392-9887
ADMITTED IN N.Y.; Fed. Courts  e-mail: Juris_ben@msn.com

January 16, 2021

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021
```

    **Re:**   FROMETA, et al. v. IL POSTO TRATTORIA RUSTICA CORP., et al
            Case No. 1:20-cv-01660-MKV
            **Request to reschedule Conference**

Dear Judge Vyskocil:

    I respectfully request that the Pre-trial Conference scheduled for January 21, 2021 be rescheduled to January 25, or 26, due to appearance conflicts on the scheduled date. Counsel for Plaintiff concurs with those dates.

    I apologize for delay in submitting this request.

                      Respectfully,

                      _/S/_____
                      **Ben Sharav, Esq.**

**Cc:**   THE ROSE LAW GROUP, PLLC
       Jesse C. Rose, Esq.
       *Attorneys for Plaintiffs*
       3109 Newtown Avenue, Suite 309
       Astoria, New York 11102
       Tel.: (718) 989-1864
       JRose@TheRoseLawGroup.com
       **via ECF and email**

---

This request is GRANTED. The Initial Conference will take place on January 29, 2021 at 2:00 PM. No further adjournments of the Initial Conference will be granted. The parties are on notice that failure to comply with Court orders and attempts to unduly delay the resolution of this case may result in sanctions.

Date: January 19, 2021    _/s/ Mary Kay Vyskocil_
New York, New York        Mary Kay Vyskocil
                               United States District Judge