UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leivi Frometa et al.,

                        Plaintiffs,

      -against-

Tabu Lounge Inc. et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

1:20-cv-01660 (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, February 10, 2021, at 11:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:      New York, New York
                February 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge