```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leivi Frometa et al.,

                Plaintiffs,

-against-

Tabu Lounge Inc. et al.,

                Defendants.

1:20-cv-01660 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephonic conference with the parties held on February 10, 2021, it is hereby ORDERED, as follows:

1. Any motion to amend or to join additional parties shall be filed by March 12, 2021.

2. All discovery shall be completed by May 14, 2021. This discovery deadline may be extended for good cause shown.

3. The parties shall submit a joint letter regarding the status of discovery on March 10, 2021.

4. Plaintiffs shall seek a certificate of default with respect to defendant Carlota Chevere no later than February 17, 2021. A schedule for any motion for default judgment with respect to Ms. Chevere will be addressed at the close of discovery.

**SO ORDERED.**

DATED:      New York, New York
                February 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge