USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVI FROMETA et al.,

                Plaintiffs,

-against-

TABU LOUNGE INC. et al.,

                Defendants.

20-cv-1660 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The defendants who appeared in this action consented to proceed before Magistrate Judge Aaron for all purposes and reached a settlement with Plaintiffs, which Magistrate Judge Aaron approved [ECF #48]. The remaining defendants did not appear and, therefore, did not consent to proceed before a magistrate judge. As such, this case has been reassigned to my docket.

    IT IS HEREBY ORDERED that any motion for a default judgment against the remaining defendants shall be filed by July 16, 2021. Plaintiffs shall follow the procedures applicable to default judgments in the Court's Individual Rules. Plaintiffs are on notice that failure to move for a default judgment by July 16, 2021 may result in dismissal failure to prosecute with respect to the remaining defendants.

**SO ORDERED.**

**Date: June 25, 2021**
**New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**