```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVI FROMETA et al.,

                Plaintiffs,

-against-

TABU LOUNGE INC. et al.,

                Defendant.

20-cv-1660 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court will hold a default judgment hearing on December 3, 2020 at 10:30 AM. The hearing will be held by telephone. To join, dial 888-278-0296 and enter access code 5195844. All submissions in connection with the hearing must be filed one week in advance. The parties are directed to consult the Default Judgment Procedure set forth in the Court's Individual Rules. Plaintiffs shall serve a copy of this Order on the remaining defendants, and file proof of such service on ECF, by November 23, 2021.

**SO ORDERED.**

Date: **November 18, 2021**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**