```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVI FROMETA et al.,

                Plaintiffs,

-against-

TABU LOUNGE INC. et al.,

                Defendants.

20-cv-1660 (MKV)

ORDER SCHEDULING HEARING ON
MOTION FOR DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that Plaintiffs and Defendant Carlota Chevere shall appear for a hearing on Plaintiffs' motion for a default judgment [ECF No. 57] on July 7, 2022 at 10:00 a.m. in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

    IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on Defendant Chevere by personal service, and file proof of such service on ECF, by July 5, 2022.

    IT IS FURTHER ORDERED that any opposition to the motion for a default judgment is due by July 6, 2022.

**SO ORDERED.**

**Date:   June 27, 2022**
           **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**